v.

ASSOCIATED ELECTRIC COOPERATIVE, INC., Respondent.

No. WD 75031.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Sharon PARKER, Appellant,

v.

TREASURER OF the STATE of Missouri—Custodian of the Second Injury Fund, Respondent.

No. WD 75243.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Christine M. Kiefer, for Appellant.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Sharon Parker appeals the Labor and Industrial Relations Commission's decision denying her claim against the Second Injury Fund for permanent and total disability benefits. She claims that the Commission failed to appropriately apply section 287.020.6, RSMo Cum.Supp.2011, as it relates to employability in the open labor market and disregarded her testimony and the testimony of a credible vocational expert regarding her total disability.

The award is affirmed. Rule 84.16(b).